# IN THE SUPREME COURT OF THE STATE OF NEVADA

VICTOR MANUEL SERAFIN-QUINONES,

Appellant,

vs.

PERRY RUSSELL, WARDEN,

Respondent.

No. 75990

FILED

JUL 1 7 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order dismissing a petition for writ of habeas corpus. First Judicial District Court, Carson City; James Todd Russell, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the order dismissing the petition for writ of habeas corpus on January 25, 2018. Appellant did not file the notice of appeal, however, until May 31, 2018, well after the expiration of the thirty-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____ J.
Gibbons

_____, J.
Hardesty

18-27271b

cc:    Hon. James Todd Russell, District Judge
Victor Manuel Serafin-Quinones
Attorney General/Carson City
Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A